COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:  Joe Escobedo v. The State of Texas

Appellate case number: 01-20-00253-CR

Trial court case number: 18-CR-3020

Trial court:     212th District Court of Galveston County

   On December 30, 2022, the Court abated this appeal and remanded to the trial court to determine why appellant's counsel had not filed a revised brief as ordered on July 26, 2022. The trial court held a hearing and appointed new counsel, Joel H. Bennett, as counsel on appeal. The supplemental clerk's record containing the trial court's abatement order and findings was filed on January 23, 2023.

   The abatement is **lifted** and the case is **reinstated** on the active docket. Appellant's brief on appeal is due **on or before March 2, 2023**.

   It is so ORDERED.


Judge's signature: _____/s/ Peter Kelly_____
      ☑ Acting individually  ☐ Acting for the Court


Date: _____February 2, 2023_____